Form B18 (10/05)

# United States Bankruptcy Court

Northern District of Illinois

**Case No. 07−14412**

**Chapter 7**

In Re

Debtor*
   Carmen Luna
   1821 West 17th Street
   Chicago, IL 60608

Social Security No.:
   xxx−xx−7820

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR

     It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

FOR THE COURT

Dated: November 14, 2007            Kenneth S. Gardner, Clerk
                                                     United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

---

*\*Set forth all names, including trade names, used by the debtor within the last 8 years. (Federal Rule of Bankruptcy Procedure 1005).*

Form B18 continued (10/05)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: dwilliams              Page 1 of 1              Date Rcvd: Nov 14, 2007
Case: 07-14412                 Form ID: b18                 Total Served: 21

The following entities were served by first class mail on Nov 16, 2007.
db          +Carmen Luna,    1821 West 17th Street,    Chicago, IL 60608-1911
aty         +Peter L Berk,    Law Office of Peter L. Berk,    79 West Monroe,    Suite 900,
              Chicago, IL 60603-4914
tr          +Richard J Mason,    McGuire Woods LLP,    77 West Wacker Drive,    Suite 4100,
              Chicago, IL 60601-1683
11537350    +Aurora Health Center,    18 S. Michigan Avenue 6th Floor,    Chicago, IL 60603-3200
11537351    +Aurora Loan Servicing,    P.O. Box 1706,    Scottsbluff, NE 69363-1706
11537353     Bank of America,    4060 Ogletown/Stanton Road,    Newark, DE 19713
11537356    +Citibank,    PO Box 6500,    Sioux Falls, SD 57117-6500
11537357    +Citibank South Dakota,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
11537358    +Citimortgage,    PO Box 9442,    Gaithersburg, MD 20898-9442
11537359    +Citizens Automobile Finance,    One Citizens Drive,    Riverside, RI 02915-3019
11537361    +Emergency Med Srvs PC,    PO Box 366,    Hinsdale, IL 60522-0366
11537362    +GE Money Bank,    PO Box 981439,    El Paso, TX 79998-1439
11537363    +HSBC Nevada,    PO Box 15524,    Wilmington, DE 19850-5524
11537364    +HSBC/Menards,    90 Christiana Road,    New Castle, DE 19720-3118
11537365     MacNeal Health Network,    2384 Paysphere Circle,    Chicago, IL 60674-2384
11537366    +Wells Fargo,    PO Box 2974,    Shawnee Mission, KS 66201-1374
11537367    +Wells Fargo,    PO Box 337001,    Northglenn, CO 80233-7001

The following entities were served by electronic transmission on Nov 15, 2007.
11537352    +EDI: BANKAMER.COM Nov 15 2007 01:35:00      Bank of America,    4161 Piedmont Pkwy,
              Greensboro, NC 27410-8110
11537355     EDI: CHASE.COM Nov 15 2007 01:36:00      Chase Bank USA, N.A.,    P.O. Box 100043,
              Kennesaw, GA 30156-9243
11537354    +EDI: CHASE.COM Nov 15 2007 01:36:00      Chase Bank USA, N.A.,    P.O. Box 15298,
              Wilmington, DE 19850-5298
11537356    +EDI: CITICORP.COM Nov 15 2007 01:36:00      Citibank,    PO Box 6500,    Sioux Falls, SD 57117-6500
11537360    +EDI: COUNTRYWIDE.COM Nov 15 2007 01:36:00      Countrywide Home Loans,    450 American Street,
              Simi Valley, CA 93065-6285
11537363    +EDI: HFC.COM Nov 15 2007 01:35:00      HSBC Nevada,    PO Box 15524,    Wilmington, DE 19850-5524
11537364    +EDI: HFC.COM Nov 15 2007 01:35:00      HSBC/Menards,    90 Christiana Road,
              New Castle, DE 19720-3118
                                                                                               TOTAL: 7

                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 16, 2007**                      **Signature:**   _Joseph Speetjens_